**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　Plaintiff,<br><br>　vs.<br><br>**TIMOTHY MICHAEL BAKER,**<br><br>　　　Defendant. | Case No.: 14-CR-0334 YGR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

　　　Pursuant to Civil Local Rule 3-12 (c), the undersigned **ORDERS** that the above-captioned case is referred to Judge James Donato to consider whether it is related to *United States v. Baker*, Case No. 14-CR-0330.

　　　**IT IS SO ORDERED.**

December 17, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**